IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 10-1010-DRH/PMF |
| L. D. BUSH CONSTRUCTION, INC., | ) ) | |
| Defendant. | ) | |

**MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES the Plaintiff, Trustees of Central Laborers' Pension, Welfare & Annuity Funds, by and through its attorneys, Patchett Law Office, and for its motion states as follows:

1. On December 14, 2010, a Complaint was filed against the Defendant, L. D. Bush Construction, Inc.

2. The Defendant has now paid the amount of money sought in the Complaint, and has scheduled an audit with the CPA firm representing the Plaintiff.

WHEREFORE, the Plaintiff, Trustees of Central Laborers' Pension, Welfare & Annuity Funds, requests that Case No. 10-1010-DRH/PMF be dismissed without prejudice.

Respectfully submitted,
s/ John R. (Randy) Patchett
104 West Calvert Street
P.O. Box 1176
Marion, IL 62959
Tele:  618-997-1984
Fax:   618-998-1495
E-Mail: patchettlawoffice@ll.net
ARDC No. 02151677

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS,  )<br>  )<br>Plaintiffs,  )<br>  )<br>vs.  )<br>  )<br>L. D. BUSH CONSTRUCTION, INC.,  )<br>  )<br>Defendant.  ) | Case No. 10-1010-DRH/PMF |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2011, I electronically filed a Motion for Voluntary Dismissal Without Prejudice with the Clerk of Court using the CM/ECF system and I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**L. D. Bush Construction, Inc.**
**c/o Lynn D. Bush**
**3903 Caney Branch Lane**
**Carbondale, IL 62902**

Respectfully submitted,
s/John R. (Randy) Patchett
Patchett Law Office
104 West Calvert
P.O. Box 1176
Marion, IL 62959
Phone: 618-997-1984
Fax:   618-998-1495
E-Mail: patchettlawoffice@ll.net
ARDC No. 02151677